IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

FILED
OCT 09 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

| | |
|---|---|
| TYLER SOUTHAM,<br>Plaintiff,<br><br>v.<br><br>ALBERT ANTHONY RAMIREZ and<br>VV GROUP LLC,<br>Defendants. | §<br>§<br>§<br>§  Civil Action No.<br>§  DR-23-CV-00057-AM/MHW<br>§<br>§<br>§<br>§ |

**ORDER OF DISMISSAL WITH PREJUDICE**

On October 9, 2024, the Plaintiff filed a Stipulation of Dismissal of Claims that complies with the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Stipulation of Dismissal, ECF No. 43.)

**IT IS THEREFORE ORDERED** that the Plaintiff's claims asserted in this suit against the Defendants are **DISMISSED WITH PREJUDICE** as set forth in the Motion and in Rule 41(a)(1)(A)(ii). **IT IS FURTHER ORDERED** that all pending motions, if any, be denied as moot, and all future hearing settings in this matter are vacated. A Clerk's judgment shall immediately issue.

SIGNED and ENTERED on this 9th day of October 2024.

_____
ALIA MOSES
Chief United States District Judge