AO 450 (Rev. 5/99) Judgment in a Civil Case

# United States District Court
# Western District of Texas

**FILED**
October 09, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____CR_____
DEPUTY

TYLER SOUTHAM,
Plaintiff,

v.

ALBERT ANTHONY RAMIREZ and VV GROUP LLC,
Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: DR-23-CV-57 AM/MHW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came on for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

That the Plaintiff's claims asserted in this suit against the Defendants are DISMISSED WITH PREJUDICE as set forth in the Motion and in Rule 41(a)(1)(A)(ii). IT IS FURTHER ORDERED that all pending motions, if any, be denied as moot, and all future hearing settings in this matter are vacated.

October 9, 2024
Date



Philip J. Devlin
Clerk

_____C.R._____
(By) Deputy Clerk